

# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEVE E. SCHAFFHAUSER, JR., <br> Plaintiff | : 1:CV 05-2230 <br> : |
| v. | : JUDGE CONNER <br> : |
| CITIBANK SOUTH DAKOTA N.A. <br> BURTON NEIL & ASSOCIATES, P.C. <br> BURTON NEIL, ESQUIRE; <br> EDWARD J. O'BRIEN, ESQUIRE <br> JAY H. PRESSMAN, ESQUIRE <br> YALE D. WEINSTEIN, ESQUIRE | : <br> : <br> : **FILED ELECTRONICALLY** <br> : <br> : <br> : |
| ANNETTE M. SCHAFFHAUSER, <br> Plaintiff | : <br> : 1:CV 05-2075 <br> : |
| v. | : JUDGE CONNER <br> : |
| CITIBANK SOUTH DAKOTA N.A. <br> BURTON NEIL & ASSOCIATES, P.C. <br> BURTON NEIL, ESQUIRE; <br> EDWARD J. O'BRIEN, ESQUIRE <br> JAY H. PRESSMAN, ESQUIRE <br> YALE D. WEINSTEIN, ESQUIRE | : <br> : <br> : <br> : <br> : <br> : |

## ORDER

AND NOW, this 17th day of February, 2006, upon consideration of the Defendants', Burton Neil & Associates, P.C., Burton Neil, Esquire, Edward J. O'Brien, Esquire, Jay H. Pressman, Esquire, and Yale D. Weinstein, Esquire, Motion to Consolidate, it is hereby ORDERED that cases docketed at Nos.: 1:CV-05-2075 and 1:CV-05-2230 are consolidated for all purposes.

*[signature]*
J.

\05_A\LIAB\PMMORCOM\LLPG\212669\PMMORCOM\20008\00129